139 So. 927

**Dewey WITT v. STATE.**
8 Div. 412.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Appeal dismissed.

139 So. 927

**Fay WOODALL v. STATE.**
8 Div. 379.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

148 So. 927

**Claudie WRIGHT v. STATE.**
3 Div. 728.

Court of Appeals of Alabama.
May 23, 1933.

RICE, Judge.
Appeal dismissed.

146 So. 927

**J. N. WRIGHT v. STATE.**
6 Div. 438.

Court of Appeals of Alabama.
Feb. 21, 1933.

PER CURIAM.
Appeal dismissed by appellant.

145 So. 927

**Robert; alias Bob, WRIGHT v. STATE.**
7 Div. 920.

Court of Appeals of Alabama.
Jan. 17, 1933.

SAMFORD, J.
Appeal dismissed.

146 So. 927

**Woodrow WRIGHT v. STATE.**
8 Div. 730.

Court of Appeals of Alabama.
Feb. 28, 1933.

SAMFORD, Judge.
Affirmed.

145 So. 927

**Bob WYATT v. STATE.**
6 Div. 325.

Court of Appeals of Alabama.
Dec. 20, 1932.

SAMFORD, J.
Appeal dismissed.

140 So. 927

**J. Melvin WYATT v. STATE.**
2 Div. 497.

Court of Appeals of Alabama.
March 29, 1932.

SAMFORD, J.
Appeal dismissed.